

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO.  1:25cr-080 |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 933(a)(1) |
| | ) | **Firearms Trafficking** |
| BRIAN JAMES YOUNG | ) | |
| | ) | 18 U.S.C. § 922(d) |
| | ) | **Sale of a Firearm to a Prohibited** |
| | ) | **Person** |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(9) |
| | ) | **Possession of a Firearm by a** |
| | ) | **Prohibited Person** |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Firearms Trafficking*
18 U.S.C. § 933(a)(1)

On or about March 28, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

did transfer a firearm, to wit, a Glock, model 26, 9mm caliber pistol, to S. B., in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by S. B. would constitute a felony.

All in violation of Title 18, United States Code, Section 933(a)(1).

1

## COUNT TWO
*Firearms Trafficking*
18 U.S.C. § 933(a)(1)

On or about April 5, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

did transfer a firearm, to wit, an Anderson Manufacturing, model AM-15, 5.56 caliber rifle, to S. B., in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by S. B. would constitute a felony.

All in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT THREE
*Firearms Trafficking*
18 U.S.C. § 933(a)(1)

On or about May 10, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

did transfer a firearm, to wit, a Stoeger, model STR-9MC, 9mm caliber pistol, to S. B., in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by S. B. would constitute a felony.

All in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT FOUR
*Sale of a Firearm to a Prohibited Person*
18 U.S.C. § 922(d)

On or about March 28, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

did knowingly sell and transfer a firearm, to wit, a Glock, model 26, 9mm caliber pistol, to S. B., knowing and having reasonable cause to believe that S. B. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d).

## COUNT FIVE
*Sale of a Firearm to a Prohibited Person*
18 U.S.C. § 922(d)

On or about April 5, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

did knowingly sell and transfer a firearm, to wit, an Anderson Manufacturing, model AM-15, 5.56 caliber rifle, to S. B., knowing and having reasonable cause to believe that S. B. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d).

## COUNT SIX
*Sale of a Firearm to a Prohibited Person*
18 U.S.C. § 922(d)

On or about May 10, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

did knowingly sell and transfer a firearm, to wit, a Stoeger, model STR-9MC, 9mm caliber pistol, to S. B., knowing and having reasonable cause to believe that S. B. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d).

## COUNT SEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(9)

On or about March 28, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

knowing he had been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess, in and affecting commerce, a firearm, to wit, a Glock, model 26, 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(9).

## COUNT EIGHT
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(9)

On or about April 5, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

knowing he had been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess, in and affecting commerce, a firearm, to wit, an Anderson Manufacturing, model AM-15, 5.56 caliber rifle, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(9).

## COUNT NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(9)

On or about May 10, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN JAMES YOUNG,**

knowing he had been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess, in and affecting commerce, a firearm, to wit, a Stoeger, model STR-9MC, 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(9).

A True Bill.

Foreperson

_____
Margaret E. Heap
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel

**Indictment, Information, Complaint**
1:25-cr-00080-DHB-BKE *SEALED* USA v. SEALED

U.S. District Court

Southern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 11/5/2025 at 3:35 PM EST and filed on 11/4/2025
**Case Name:**     USA v. SEALED
**Case Number:**   1:25-cr-00080-DHB-BKE *SEALED*
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**SEALED DOCUMENT - document maintained by the Clerk's office as to Sealed Defendant 125mj80 (1) Counts 1-3, 4-6, 7-9. (kjm)**


1:25-cr-00080-DHB-BKE *SEALED*-1 **No electronic public notice will be sent because the case/entry is sealed.**